**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 6:20-CV-917-ADA** |
| **HUAWEI TECHNOLOGIES CO., LTD., AND HUAWEI TECHNOLOGIES USA INC.** | |
| **Defendants.** | |

**NOTICE OF APPEARANCE OF COUNSEL**

**TO THE HONORABLE COURT:**

Defendants hereby notify the Court that **J. Mark Mann** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Technologies Co., Ltd., and Huawei Technologies USA Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: October 29, 2020                    Respectfully submitted,


                                   By:   /s/ J. Mark Mann
                                         **J. Mark Mann**
                                         State Bar No. 12926150
                                         Mark@TheMannFirm.com
                                         **G. Blake Thompson**
                                         State Bar No. 24042033
                                         Blake@TheMannFirm.com
                                         **MANN | TINDEL | THOMPSON**
                                         300 West Main Street
                                         Henderson, Texas 75652
                                         (903) 657-8540
                                         (903) 657-6003 (fax)

                                   **ATTORNEYS FOR DEFENDANTS**


                        **<u>CERTIFICATE OF SERVICE</u>**

    A  true  and  correct  copy  of  the  foregoing  instrument  was  served  or  delivered

electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record,

on this 29th day of October, 2020.


                                         /s/ J. Mark Mann
                                         **J. Mark Mann**